UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CASE NO. 05-80265

UNITED STATES OF AMERICA,

-V-

TIMOTHY PEOPLES,

_____/

## ORDER EXTENDING REPORTING DATE

The defendant having filed a Motion to Extend Reporting Date and the Government having no objection; therefore

IT IS ORDERED that the defendant report to the institution designated by the Bureau of Prisons on January 18, 2011.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: October 1, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 1, 2010, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager